IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TIMOTHY WAYNE OSBORNE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 118-117 |
| | ) | |
| LOGAN MARSHALL, Sheriff; RONNIE WILLIAMSON, Major; and IMOGENE CROWDER, Jailer, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is Plaintiff's motion for an investigation into the payment of his filing fee. (Doc. no. 10.) On July 25, 2018, the Court granted Plaintiff leave to proceed *in forma pauperis* ("IFP") and required him to return both the Prisoner Trust Fund Account Statement and the Consent to Collection of Fees from Trust Account. (Doc. no. 3.) Plaintiff did so, and on August 1, 2018, the Court ordered Plaintiff to pay an initial filing fee of $3.87 within thirty days of the August 1st Order. (Doc. no. 6.) If there were insufficient funds in Plaintiff's account to pay the initial fee by that time, Plaintiff's custodian shall "forward all available funds and carry the balance forward each month until the initial partial filing fee was paid in full." (Id.) On September 18, 2018, and in consideration of Plaintiff's motion, (doc. no. 8), the Court granted Plaintiff an extension of time to pay the initial filing fee. (Doc. no. 9.)

Here, Plaintiff requests a judicial investigation of McDuffie County Jail for purposely

not filing his initial fee of $3.87. (Doc. no. 10, p. 2.) He asserts McDuffie County Jail is purposely not sending payment, so his case will be dismissed for not paying the fee. However, as stated in the August 1st Order, if there are insufficient funds, Plaintiff's custodian will automatically forward the money in Plaintiff's account until payment is received.

Therefore, the Court **DENIES AS MOOT** Plaintiff's motion for an investigation into the payment of his filing fee. (Doc. no. 10.) The Court will screen Plaintiff's complaint in the normal course of business.

SO ORDERED this 4th day of October, 2018, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA