IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| TIMOTHY WAYNE OSBORNE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 118-117 |
| | ) |
| LOGAN MARSHALL, Sheriff; RONNIE WILLIAMSON, Major; and IMOGENE CROWDER, Jailer, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's claims against Logan Marshall and Ronnie Williamson for failure to state a claim, and **DISMISSES** Logan Marshall and Ronnie Williamson from this case.

SO ORDERED this 16th day of November, 2018, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA